IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America,<br>　　　　　　Plaintiff | )<br>)<br>) |
| vs | ) Criminal No. 03-114<br>) |
| Dennis Carroll,<br>　　　　　　Defendant | )<br>)<br>) |

## ORDER OF COURT

AND NOW, to wit, this 13th day of May, 2008, it appearing to the Court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the following pleadings/file, impounded in the Office of the Clerk of Court be unsealed and returned to the file:

　　　Documents: 10

　　　　　　　　　　　　　　　　　　s/ Terrence F. McVerry
　　　　　　　　　　　　　　　　　　Terrence F. McVerry
　　　　　　　　　　　　　　　　　　U.S. District Judge